No. 42583.—Protest 933586–G of Dodge & Olcott (New York).

Opinion by CLINE, J.   A paper label containing the word "Yugoslavia" was pasted on each burlap bag, the immediate container of the seed, and a metal label containing the word "Yugoslavia" was tied to the head of each bag.   On the authority of *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065) this marking was held sufficient and the protest was sustained.

No. 42584.—Protest 932573–G of Amtorg Trading Corp. (New York).

Opinion by CLINE, J.   It appeared that the immediate container of the table-cloths and napkins in question was properly marked at the time of importation. On the authority of *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) the protest was sustained.

No. 42585.—Protest 883902–G of Ocean Leather Corp. (New York).

Opinion by CLINE, J.   It appeared that the sacks containing the fins were marked "Productos Mex" and the marking on the bales containing the skins was illegible.   Cardboard tags bearing the marking "Product of Mexico" were tacked to some of the drums of salted sharkskins.   As to the sharkskins it was held that the abbreviation and a foreign word (Productos Mex) was insufficient. As the marking of the containers of the shark fins was illegible the protest was overruled to that extent.   As to the drums marked with the legend "Product of Mexico" on cardboard tags, the protest was sustained on the authority of *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065).

No. 42586.—Petition 5790–R of A. Zacho & Co. (Los Angeles).

Opinion by CLINE, J.   It appeared that the petitioner was notified by the appraising officers some 4 months prior to the importation that he was not entitled to deduct a special discount of 25 percent shown on the invoices, yet he deducted it when he made the entry in this case, his only excuse being "forget-fulness."   The petition was denied.   *Fenton* v. *United States* (15 Ct. Cust. Appls. 57, T. D. 42153), *Taggesell* v. *United States* (17 C. C. P. A. 15, T. D. 43318), and *Galland* v. *United States* (id. 51, T. D. 43337) followed.

BEFORE THE SECOND DIVISION, OCTOBER 27, 1939

No. 42587.—Petition 5805–R of Trico Products Corp. (Buffalo).

Opinion by KINCHELOE, J.   Being satisfied there was no intention to defraud the revenue or to conceal or misrepresent the facts the court granted the petition.